450 A.2d 227

Riehl et al., Appellants v. Horn et al.

Submitted June 9, 1982. Thomas A. Dittoe, for appellants; Basil A. Disipio, for appellees.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

450 A.2d 228

Schwartzman, Appellant v. Hankin.

Argued November 5, 1981. Michael B. L. Hepps, for appellant; Philip D. Weiss, for appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.